# United States Court of Appeals
## For the Eighth Circuit

_____

No. 17-2467

_____

Scott Durand

*Plaintiff - Appellant*

The Estate and Trust of Mary Idella Durand

*Plaintiff*

v.

Bank of America; The Bank of New York Mellon, as trustee for the
Certificateholders of CWMBS, Inc. CHL Mortgage Pass-Through Trust 2007-20,
Mortgage Pass-Through Certificates Series 2007-20, formerly known as The Bank
of New York; Countrywide Home Loans; Residential Credit Solutions, Inc.

*Defendants - Appellees*

_____

Appeal from United States District Court
for the District of Minnesota - Minneapolis

_____

Submitted: April 25, 2019
Filed: April 30, 2019
[Unpublished]

_____

Before ERICKSON, BOWMAN, and GRASZ, Circuit Judges.

_____

PER CURIAM.

Scott Durand appeals from the order of the District Court[1] granting summary judgment to defendants in his action asserting mortgage fraud and other claims. Also pending is his motion for leave to supplement his reply brief.

We grant Durand's pending motion. After de novo review,[2] we conclude that summary judgment was properly granted for the reasons stated by the District Court. See Odom v. Kaizer, 864 F.3d 920, 921 (8th Cir. 2017) (standard of review).

We affirm the judgment of the District Court. See 8th Cir. R. 47B.

———————————————

[1]The Honorable Susan Richard Nelson, United States District Judge for the District of Minnesota.

[2]In our review, we have not considered documents that were presented in this Court but were not before the District Court. See Griffin v. Super Valu, 218 F.3d 869, 871 (8th Cir. 2000) (noting that documents that were not before the district court are not considered to be part of the record on summary judgment).